AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

BRIAN SCOTT JONES
DOB:
PDID:

**FILED**
JUL 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 330 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BRIAN SCOTT JONES__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

On or about July 21, 2006, within the District of Columbia, the Defendant, Brian Scott Jones, by force, violence and intimidation did take from the person or presence of another, did obtain money, belonging to and in the care, custody, control, management, and possession of the Citbank, 3800 12th Street, Northeast, Washington, DC, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113 (a).

in violation of Title __18__ United States Code, Section(s) __2113 (a)__.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer / Title of Issuing Officer

_(signature)_  JUL 24 2006  District of Columbia
Signature of Issuing Officer / Date and Location

Bail fixed at $ __4WDB__   by _(signature)_
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ~~ARRESTING~~ Reporting OFFICER | SIGNATURE OF ~~ARRESTING~~ Reporting OFFICER |
|---|---|---|
| 7/24/06 | Fitzgerald, Derrick | David Z___ |
| DATE OF ARREST 7/28/06 | | |