UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                          CR NO. 06-330M-01 (JMF)

**BRIAN SCOTT JONES,**

    **Defendant.**

---

**ORDER**

This cause came before the court on the defendant's <u>Motion to Dismiss for Want of Prosecution</u>. The court has reviewed the motion, and being otherwise fully advised in the premises, it is **ORDERED** that the United States show cause in writing by September 29, 2006 why said motion should not be granted.

    **SO ORDERED**.

 

                                                    _____
                                                    JOHN M. FACCIOLA
                                                   UNITED STATES MAGISTRATE JUDGE

Dated: