IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Sworn in on May 11, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO.   06–0330M-01 (CR) |
| | : | |
| **BRIAN S. JONES,** | : | VIOLATION: |
| | : | |
| Defendant. | : | 18 U.S.C. § 2113(a) |
| | : | (Bank Robbery) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about July 21, 2006, within the District of Columbia, defendant **BRIAN S. JONES**, by intimidation, did take from the person or presence of another approximately $2,550.00 in money belonging to, and in the care, custody, control, management and possession of CitiBank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Sections 2113(a)).

A TRUE BILL


FOREPERSON


Attorney of the United States in
and for the District of Columbia