UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,        :

        Plaintiff,        :

        v.        :        Criminal Action No. 06-286 (JDB)

BRIAN JONES        ,        :

        Defendant.        :

### ORDER

Upon the oral motion of defendant __BRIAN JONES__, and the consent and agreement of the government, the Court finds that, for the reasons stated in Court on this date, the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is ORDERED that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. § 3161, the time from __10/13/06__ through and including __10/27/06__, shall be excluded in computing the date for speedy trial in this case.

Dated: __Oct. 13, 2006__

_____
JOHN D. BATES
United States District Judge

AGREED:

_____
Defendant

_____
Defense Counsel

_____
Attorney for United States