## STATEMENT OF THE OFFENSES

On February 24, 2006, at approximately 9:12 a.m., defendant Brian Scott Jones walked into a branch of Wachovia Bank located at 2801 Georgia Avenue, N.W., Washington, D.C. Defendant Jones approached one of the teller windows and handed a handwritten note to the teller, which stated:

> Remain Calm. I have a gun. Put 20, $100 dollar bills & 10, $50 dollar bills in an envelope & no one will be harmed. When you hand me the envelope tell me to have a nice or good day. Do not sound the alarm until I have left for four minutes.

**FILED**

**OCT 2 7 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In response the teller handed the defendant $1055 in U.S. currency, after which the defendant walked out of the bank.

On July 21, 2006, at approximately 11:30 a.m., defendant Jones walked into a branch of Citibank located at 3800 Twelfth Street, N.E., Washington, D.C. Once again, he approached one of the teller windows and handed a handwritten note to the teller. The note stated: "Remain calm & follow my instructions & no one will get hurt. Put 30, $100 dollar bills in an envelope."

In response the teller handed the defendant $2550 in U.S. currency, after which the defendant walked out of the bank.

Both Wachovia Bank and Citibank maintain accounts which are insured by the Federal Deposit Insurance Corporation.

## Defendant's Acceptance of Statement of Offenses

I have read the above Statement of Offenses and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offenses and all matters relating to it. I fully understand the Statement of Offenses and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand the Statement of Offenses fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those in the plea agreement filed in connection with this case.

10/27/06
Date

Brian S. Jones
Defendant

9

### Defense Counsel's Acknowledgment

We are the attorneys for defendant Brian S. Jones. We have reviewed every part of the Statement of Offenses with him. It accurately and completely sets forth a factual proffer in support of the defendant's guilty plea, as agreed to by the defendant and the United States.

10/27/06
date

_____
Dani Jahn, Esquire
Assistant Federal Public Defender
attorney for defendant Brian S. Jones

10/27/06
date

_____
Tony Miles, Esquire
Assistant Federal Public Defender
attorney for defendant Brian S. Jones