UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 06-286 (JDB) |
| : | |
| BRIAN S. JONES, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

Mr. Brian Jones, the defendant, through undersigned counsel, respectfully submits this Notice of Filing. By this Notice, counsel respectfully files the attached exhibit which include two sentencing letters. Mr. Jones will appear before this Court for sentencing on January 18, 2007 at 9:00 a.m.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

\_\_\_\_\_/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500