Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Bates-

    My name is Janae Henderson and I am the girlfriend of Mr. Brian S. Jones. Brian and I met in 1991 because we lived in the same neighborhood growing up. We lost contact with each other because my parents and I moved to Maryland just before my junior year of high school. Brian and I got reacquainted in 1998, started dating and have been together every since.
    Mr. Jones is the eldest of Mrs. Nina Durrett's four children. He was born in Ohio on September 11, 1971. Upon leaving Ohio, he and his mom moved to Virginia and lived with his grandfather for awhile. At a young age he was sent to live with his mother and step-father in Washington, DC. During this time Brian attended neighborhood schools. Upon reaching high school, he was accepted into the Duke Ellington School for the Performing Arts, musical program. Mr. Jones did not finish at Duke Ellington, but he did receive his GED through the Job Corp Program. At the age of 16, Brian was expelled from the home of his mother and step-father. During the time of expulsion, Mr. Jones fell prey to life on the streets of Washington, DC. He saw things, such as his best friend getting killed; no one his age should have had to endure. He started to get his life together and went into the United States Navy, where he was court martialed for the sale of illegal substances. At this time, Mr. Jones started using illegal drugs to take away the pain and the terror that he felt. In 1992, Mr. Jones hit an all time low. He was seen walking across the Taylor Street bridge nude because he was high off of PCP. After that episode, I would see Brian in & around the city on Metro, we would speak and that would be the extent of our conversation.
    Brain and I reconnected in 1998, he was living with his mother in Hyattsville and working for a telemarketing company at the Kennedy Center. During our relationship, Brian has always been able to get a job. Brian is a very hard worker. He has worked in several occupational industries, such as caregiver to the mentally challenged to working security. There is no occupation that Brian can not succeed at once he gets it in his mind that is what he wants to do.
    Brian has been known to help neighbors with gratis home improvement projects as well as yard work. I can remember when we lived in the same neighborhood, Brian could be seen cleaning up the neighborhood of trash and planting flowers with other members of the community. Brian is an avid reader. He loves to write poetry and short stories. Brian is also known to play video games in his free time.
    Brian is a fun-loving, caring, family man. He loves me, his parents, siblings, nieces and nephews unconditionally. There is nothing that he would not do to make sure that we are taking care of and comfortable. Before the incident in question occurred, Brian and I were talking of getting married and starting our own family because we felt as though, it was time for us to go to the next step in our relationship.

      Brian is currently a Mormon. He is in the process of converting over to Catholicism. Upon his release, Brian plans on going back to school to get a Bachelor's degree. He also plans on obtaining a job. Once he is financially stable, we plan on settling down and starting a family of our own.

      I believe that Brian has learned a great and valuable lesson. Brian understands that nothing is ever worth going to jail. He now knows that there are other positive alternatives. I believe that he will not commit this crime or any crime again because when I talk to him on a daily basis he regrets his past actions.

      Please show leniency when passing judgment on Thursday.

Sincerely,<br>Janae A. Henderson

January 16, 2007

Dear Judge Bates,

I'm Mrs. Nina Durrett, Brian Jones's mother. I love my son, and I understand that he committed a crime. It's obvious that he knows he committed a crime. My belief is that having been homeless so many times was the driving force that made him commit the crime he has admitted to committing.

Brian was forced out of our home at an early age because of his involvement with drug trafficking. He has a younger sister and brother that we had to think about at the time. It was not easy for him or me, I can only imagine living on the streets of Washington. He had to live through it.

Then to make matters even worse, I think he feels betrayed by me twice. He was living with us in 1994, he asked me to loan him a dollar so that he could get a power ball ticket, and I asked him to get me one also. When he came back he asked me to pick one I picked one, put it away. Sometime later that evening he came to me and asked for the ticket he had given me and said he wanted that one because he had just realized that the one he gave me was his special numbers that he always used. I told him I had put it away, and that I had bought both tickets. To make a long story short, he really felt I betrayed him by not giving him the ticket.

He was later taken to DC General Hospital, where he was diagnosed with schizophrenia. He was supposed to follow-up with a doctor at St. Elizabeth's and take the medication prescribed. He tore up the Doctors name and appointment schedule along with his prescription and wouldn't go home with me. (still feeling betrayed I guess)

As far as I know schizophrenia is not an ailment that can be cured, it can be treated with medication. Brian told me at different times that he heard voices in his ears and if he put cotton in them the voices weren't so loud. If people coughed around him it meant that they were communicating with him, he didn't like whatever it was he thought they were saying. He would respond to others coughing with a cough of his own. Those were the only 2 things that he has told me that make me think his is schizophrenic.

Everyone in our family loves Brian. he is slow to anger, and communicates well with his sisters and his brother. Conversations haven't come that easy between my husband, Brian and I. I think that's because he feels we have let him down. He has a niece and nephew 8 and 4 that he has often taken to the zoo and the movies. They have a great respect for him and love him very much, they ask about him all the time.

Brian has told me that he would like to learn a trade such as electrician or carpentry. He feels that even though, he was in the Job Corp for about 2 years and the Navy that he really didn't learn a marketable skill. He is hoping to still do just that. He also asked if he could come home, I told him no. He said that was ok that he would try to get in a halfway house. He didn't get up-set, I guess the answer was what he expected.

I don't think Brian will ever commit this crime or any other crime ever again. I say this because he has told me that jail is a very lonely place to be. And the people he is locked up with have nothing on there mind but how to get something going on that will add up to more trouble and he wants no part of that. There is nothing there to occupy his mind. Brian is an excellent reader, and has been asking me to sign him up for a newspaper.

As his mother, I plead with you not to lock my son up in some jail. I realize that he has to pay for his wrong doing, but I just don't think that jail is the answer. Brian needs help and my plea is that you will find it in your heart to provide him with that help. I truly believe that with the proper medical attention, Brian can be a productive member of society. With your assistance in getting the proper medical attention, I promise to do my part as a mother to show him love and assist in reforming him.

Please place him in a rehab facility so that he can get the proper help that he needs and deserve. Brian really is a soft spoken kind-hearted person who realizes what he has done was wrong and is truly sorry for his wrong doing. I will do all I can to help my son get the proper medical treatment.

                                                   Thanks in advance:

                                                 Mrs. Nina A. Durrett

Honorable John D. Bates
United States District Judge
333 Constitution Avenue, N.W.
Washington, DC 20001